# ORIGINAL

UNITED STATES DISTRICT COURT                    SEND
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

CASE NO.  <u>CV 01-4068-RSWL</u>            DATED:  <u>November 14, 2001</u>

TITLE:  <u>SOUTHWEST AIRLINES COMPANY v. ORBITZ LLC</u>

---

PRESENT:     <u>HONORABLE RONALD S.W. LEW, JUDGE</u>

<u>Kelly Davis</u>                           <u>Not Present</u>
Court Clerk                           Court Reporter

ATTORNEYS FOR PLAINTIFFS:             ATTORNEYS FOR DEFENDANTS:

Not Present                           Not Present

---

PROCEEDINGS: NOTICE RE SCHEDULING CONFERENCE


     The above matter is set for a Scheduling Conference on **January 7, 2002, at 9:00 A.M.**  The conference will be held pursuant to F.R.Civ.P. 16(b).  The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference and report to the Court not later than 14 days after they confer as required by F.R.Civ.P. 26 and the Local Rules of this Court.  Failure to comply may lead to the imposition of sanctions.


MINUTES FORM 11                       INITIALS OF DEPUTY CLERK kd
CIV-GEN

