Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U S DISTRICT COURT

DEC 2 8 2001

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

ENTER ON ICMS

JAN 2   2002

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST AIRLINES CO., a Texas corporation, <br><br> Plaintiff, <br><br> v. <br><br> ORBITZ, LLC, an Illinois limited liability corporation. <br><br> Defendants. | Case No. CV 01-04068 RSWL (CTx) <br><br> [PROPOSED] ORDER REGARDING DISMISSAL WITHOUT PREJUDICE <br><br> (Filed concurrently with Stipulation Regarding Dismissal Without Prejudice) |

Docketed
Copies / NTC Sent
JS - 5 / JS-6
JS - 2 / JS - 3
CLSD

Good Cause appearing therefore, **IT IS ORDERED THAT:**

Defendant Orbitz, LLC, an Illinois limited liability corporation, shall be dismissed without prejudice from Southwest's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

If it becomes necessary for either party to bring suit related to Orbitz' display of Southwest's name or service marks, or information concerning Southwest,

JAN 2   2002

Dismissal without Prejudice

1.

24

1  including but not limited to its fares, schedules and

2  routes, on any website owned in whole or in part or

3  operated by Orbitz, this Court shall have jurisdiction,

4  and this Judge shall preside.

5        This Court shall also continue to have jurisdiction.

6  of, with this Judge presiding over, the claims that were

7  or could have been asserted by Southwest against Orbitz

8  in this action, and any defenses and/or counterclaims

9  that were or could have been asserted by Orbitz against

10 Southwest in this action.

11       This Court shall further retain jurisdiction, and this

12 Judge shall preside, to enforce the Agreement between

13 Southwest and Orbitz.

14

15 Dated: ___12-28-01___          _____

                                   *RONALD S. W. LEW*

16                                 RONALD S.W. LEW
                                   UNITED STATES DISTRICT COURT JUDGE
17

18

19 Submitted By:

20 JANE H. BARRETT
   AUDRA M. MORI
21 ENZO DER BOGHOSSIAN
   Preston Gates & Ellis LLP
22 725 South Figueroa Street
   Suite 2100
23 Los Angeles, CA 90017-5524
   Attorneys for Plaintiff
24 SOUTHWEST AIRLINES CO.

25
   DAVID C. SCHEPER
26 Winston & Strawn
   444 South Flower Street
27 Suite 1000
   Los Angeles, CA 90071-2911
28 Attorneys for Defendant
   ORBITZ, LLC

Dismissal without Prejudice                    2.

## PROOF OF SERVICE

STATE OF CALIFORNIA            )
                               ) ss.
COUNTY OF LOS ANGELES          )

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 725 S. Figueroa Street, Suite 2100, Los Angeles, California 90017.

On December 21, 2001, I served the following document(s): **[PROPOSED] ORDER REGARDING DISMISSAL WITHOUT PREJUDICE (Filed Concurrently With Stipulation Regarding Dismissal Without Prejudice)** on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope in the United States mail at Los Angeles, California addressed as follows:

**David C. Scheper, Esq.**
**WINSTON & STRAWN**
**444 South Flower Street, Suite 1000**
**Los Angeles, California 90071-2911**

[XX]  **By Mail:** I am readily familiar with Preston Gates & Ellis LLP's business practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

[ ]  **By Personal Service:** I caused the above-referenced documents to be delivered by and to:

[ ]  **By Facsimile Machine:** I caused the above-referenced document(s) to be delivered to the above-named person(s) at the following telephone number(s):

[ ]  **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[XX]  **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on December 21, 2001, at Los Angeles, California.

_____
PAMELA HALEY

K:\32859\00032\POS

3.